## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Robert Lackner, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 24-2562-EFM-BGS |
| | ) | |
| Unified Government of Wyandotte | ) | |
| County/Kansas City, Kansas | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Defendant Unified Government of Wyandotte County/Kansas City, Kansas ("Defendant"), and Moves this Court to enter summary judgment in Defendant's favor. The uncontroverted facts, argumentation and authorities in support of the present Motion are stated within the Memorandum in Support of Defendant's Motion for Summary Judgment which is being filed simultaneously with the present Motion and is incorporated herein by reference.

Respectfully submitted,

McAnany, Van Cleave & Phillips, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103
Telephone (913) 371-3838
Fax (913) 371-4722
Email: rdenk@mvplaw.com


By: */s/ Ryan B. Denk*
Ryan B. Denk          #18868


*Attorney for Defendant Unified Government of Wyandotte County / Kansas City, Kansas*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 27th day of April, 2026, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Rebecca Randles
**Randles Mata, LLC**
851 N.W. 45th St., Suite 310
Kansas City, Missouri 64116
Telephone: (816) 931-9901
rebecca@randlesmatalaw.com

*Attorneys for Plaintiff*

    /s/ *Ryan B. Denk*